■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LARRY THOMAS, Appellant. [718 NYS2d 169] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered March 24, 1999, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Brief and limited testimony from the arresting officer concerning the roles of participants in street-level drug sales was warranted by the evidence, was relevant to issues presented in the case and was not unduly prejudicial (*see, People v Johnson*, 264 AD2d 632, *lv denied* 94 NY2d 864; *People v McAllister*, 255 AD2d 241, *lv denied* 93 NY2d 876). Concur—Sullivan, P. J., Rosenberger, Williams, Ellerin and Andrias, JJ.